IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Odell Cobbs, | ) | |
| | ) | Civil Action No. 1:15-cv-01972-JMC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court upon motion by Plaintiff, through his attorney, Beatrice E. Whitten, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). On June 29, 2016, Plaintiff filed a Motion for Attorney's Fees and Costs [ECF No. 27] pursuant to 28 U.S.C. § 2412(d), seeking reimbursement for Counsel's representation in the captioned matter in the amount of $2,887.96 in fees at $187.53.00 per hour. Defendant's Response to Plaintiff's Motion for Attorney's Fees [ECF No. 28] notifies the court that she does not oppose Plaintiff's request for fees in the amount stated herein pursuant to 42 U.S.C. § 2412.

The court has reviewed Plaintiff's Motion for Attorney's Fees [ECF No. 27] and Defendant's Response to Plaintiff's Motion for Attorney's Fees [ECF No. 28] and finds the fees reasonable.

Therefore, Plaintiff is entitled to an award of attorney's fees under the Equal Access to Justice Act in the amount of $2,887.96.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and Delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

_J. Michelle Childs_

United States District Judge

September 13, 2016
Columbia, South Carolina

2